**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ANGELINA ORNELAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2624-KC-ATB** |
| | § | |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND TRANSFERRING CASE**

On this day, the Court considered the above-captioned case. This case is referred to United States Magistrate Judge Anne T. Berton pursuant to the Court's May 1, 2012, Standing Order Regarding Civil Case Assignments. On October 26, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 4, assessing Plaintiff's Motion to Proceed In Forma Pauperis ("Motion"), ECF No. 1. The Magistrate Judge concluded that the Motion should be denied and Plaintiff be given fourteen days after entry of this Court's order regarding the R&R to pay the filing fee in full. *See* R&R 3.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since all parties were served with the R&R, and no objections have been filed. *See* Notice of Electronic Filing, ECF No. 4.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United*

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law. *See id.* at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 4, in its entirety, and **ORDERS** that Plaintiff's Motion, ECF No. 1, is **DENIED**. *See* R&R 3.

**IT IS FURTHER ORDERED** that Plaintiff shall, by **no later than November 26, 2026**, **PAY** the filing fee in full. **Failure to pay the filing fee may result in dismissal of Plaintiff's case.**

Separately, both parties have consented to trial and entry of final judgment by a United States Magistrate Judge. *See* Pl.'s Consent Form, ECF No. 2; Def.'s Consent Form, ECF No. 6. Therefore, in accordance with 28 U.S.C. § 636(c), the Court **TRANSFERS** the case to the Honorable United States Magistrate Judge Anne T. Berton. Pursuant to the most recent Order Assigning Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

**SO ORDERED.**

**SIGNED this 12th day of November, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE